IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID JENKINS, on behalf of himself and all similarly situated individuals, | : : : | Case No.: 2:23-cv-1874 |
| Plaintiffs, | : : | |
| | : | **Judge:** |
| v. | : : | |
| EVO SERVICES GROUP LLC, | : : | **JURY DEMANDED** |
| Defendant. | : | |

# COMPLAINT

Named Plaintiff David Jenkins ("Named Plaintiff") brings this action on behalf of himself and all current and former non-exempt, similarly situated employees who worked for EVO Services Group LLC ("Defendant") at its Columbus, Ohio location who worked in excess of forty (40) hours in a work week and were not paid 150% of their regular rate at any time within the period of three (3) years preceding the commencement of this action through the date of judgment to recover compensation, liquidated damages, compensatory damages, punitive damages, attorneys' fees and costs, and other equitable relief pursuant to the provisions of Sections 203, 206, and 216(b) of the Fair Labor Standards Act of 1938 ("FLSA"), as amended 29 U.S.C. § 216(b).

Named Plaintiff brings Ohio Minimum Fair Wage Standards Act, O.R.C. §§ 4111 *et seq.*, (the "Ohio Wage Act"), the Ohio Prompt Pay Act ("OPPA"), O.R.C. § 4113.15 (the Ohio Wage Act and the OPPA will be collectively referred to as the "Ohio Acts"), and O.R.C. § 2307.60 claims as an individual to recover compensation, liquidated damages, compensatory damages, punitive damages, attorneys' fees and costs, and other equitable relief.