# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DAVID JENKINS, on behalf of himself and all others similarly situated, | ) |
| | ) CASE NO. 2:23-cv-1874-ALM-CMV |
| Plaintiff, | ) |
| | ) JUDGE ALGENON L. MARBLEY |
| vs. | ) |
| | ) MAGISTRATE JUDGE CHELSEY M. VASCURA |
| EVO SERVICES GROUP, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## PROPOSED CASE SCHEDULE

In light of the Court's *Opinion and Order Granting the Parties' Joint Motion for Court Supervised Notice* (Dkt. #21) and its prior instruction to submit a proposed case schedule after ruling on the parties' *Joint Motion* (Dkt. #14), the parties respectfully submit their *Proposed Case Schedule*. The *Proposed Schedule* is made in light of the opt-in period, which ends March 12, 2024.[1]

- Proposed Fact Discovery Cutoff: **July 15, 2024** (4 months after close of the opt-in period);

- Proposed Dispositive Motion Deadline: **August 15, 2024** (1 month after the discovery cutoff);

- Proposed Expert Disclosures: **1 month after the Court's ruling on dispositive motions or January 31, 2025** – *whichever is later*;

- Proposed Rebuttal Expert Disclosures: **1 month after Proposed Expert Disclosures or February 28, 2025** – *whichever is later*;

- Proposed Settlement Demands due: **August 15, 2024** (1 month after the discovery cutoff);

- Proposed Settlement Responses due: **September 16, 2024** (1 month after demands are due);

- Proposed Settlement Conference Month: **October 2024** (the month after settlement responses are due.)

---

[1] The parties were supposed to submit the *Proposed Case Schedule* by December 12, 2023. Dkt. #14. The parties just realized their error and apologize to the Court.

Respectfully submitted,

| | |
|---|---|
| */s/Barry Y. Freeman* | */s/ Robert E. DeRose* |
| Barry Y. Freeman (OH Bar No. 0062040) | Robert E. DeRose (OH Bar No. 0055214) |
| *Trial Attorney for Defendant* | *Trial Attorney for Plaintiffs* |
| **ROETZEL & ANDRESS, LPA** | **BARKAN MEIZLISH DEROSE COX, LLP** |
| 1375 E. 9th Street, 10th Floor | 4200 Regent Street, Suite 210 |
| Cleveland, OH 44114 | Columbus, OH 43219 |
| Phone: (216) 615-4850 | Phone: (614) 221-4221 |
| Facsimile: (216) 623-0134 | Facsimile: (614) 744-2300 |
| bfreeman@ralaw.com | bderose@barkanmeizlish.com |

2